IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                                 Case No. 19-CR-2266

ANITA BRISCOE,
        Defendant,

## ENTRY OF APPEARANCE

        COMES NOW Erlinda O. Johnson, Esq., and hereby enters her appearance on behalf of Defendant, Anita Briscoe, in the above captioned case and cause.

                                                                     Respectfully Submitted,

                                                                     _electronically filed 7/23/19_
                                                                     Erlinda O. Johnson
                                                                     Attorney for Anita Briscoe
                                                                     620 Roma Ave. NW
                                                                     Albuquerque, N.M. 87102
                                                                     (505) 792-4048
                                                                     (505) 792-2268 (fax)

I hereby certify that a true and
Correct copy of the foregoing
Was provided, via CM/ECF,
to counsel for Plaintiff, on this 23d
day of July, 2019.

_____
Erlinda O. Johnson
Attorney at Law