**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 3 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-2266 MV |
| vs. | ) 18 U.S.C. § 876(c): Mailing Threatening Communications. |
| **ANITA BRISCOE**, | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about October 4, 2017, in the District of New Mexico, the defendant, **ANITA BRISCOE**, knowingly deposited in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, a communication addressed to J.B. that contained a threat to injure J.B.

In violation of 18 U.S.C. § 876(c).

JOHN C. ANDERSON
United States Attorney

*K. Brawley*
KIMBERLY A. BRAWLEY
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
505-346-7274