**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 3 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-2266 MV |
| vs. | ) | |
| ANITA BRISCOE, | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, ANITA BRISCOE, the above named Defendant, who is accused of violating 18 U.S.C. § 876(c), that being Mailing Threatening Communications, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on _7/23/19_ prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
ANTIA BRISCOE
Defendant

_____
ERLINDA O. JOHNSON
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE