*Rev. October 3, 2016*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 19-2266 MV | UNITED STATES vs. BRISCOE |
|---|---|

**Before The Honorable John F. Robbenhaar, United States Magistrate Judge**

| Hearing Date: | July 23, 2019 | Time In and Out: | 11:04 am-11:26 am |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Anita Briscoe | Defendant's Counsel: | Erlinda Johnson |
| AUSA: | Kimberly Brawley | Interpreter: | N/A |

☐ Sworn
☐ Waived

- ☒ Defendant Sworn
- ☒ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Information**
- ☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.
- ☐ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Information**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☐ Defendant to Remain in Custody
- ☒ Present conditions of release continued    ☐ Conditions changed to:
- ☒ Penalty for failure to appear explained
- ☒ Presentence Report Ordered    ☐ Expedited (Type III)

Other Matters: